IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rompsen Mortgage Limited Partnership, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.: 18-CV-6196 |
| BGC Holdings, LLC – Arlington Place One, a series of BGC Holdings LLC, BGC Holdings LLC, Samuel K. Bobby, Puthenveetil K. Bobby, Zone Mechanical, LLC, and Unknown Owners and Unknown and Non-Record Claimants, | ) ) ) ) ) ) | Honorable Elaine E. Bucklo<br><br>Magistrate Judge: Honorable Jeffrey Cole |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Youna Mechanical, Inc., an Illinois corporation, | ) ) | |
| | ) | |
| Intervening Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BGC Holdings, LLC – Arlington Place One, a series of BGC Holdings LLC; Samuel K. Bobby, an individual; Rompsen Mortgage Limited Partnership; and Unknown Owners and Unknown and Non-Record Claimants, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: See Attached Certificate of Service

  **PLEASE TAKE NOTICE** that on <u>Thursday June 24, 2021</u> at <u>9:45 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any Judge sitting in her stead, in Courtroom 2243 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and there and then present YOUNA MECHANICAL, INC.'s MOTION TO VOLUNTARILY DISMISS COUNT I OF THEIR INTERVENING COMPLAINT AS MOOT.

Dated: June 18, 2021        Respectfully submitted,

                Youna Mechanical, Inc., an Illinois corporation,

                By: */s/ Julia L. Mohan*
                   One of its Attorneys

13740299_1

>Edward L. Filer
>efiler@ralaw.com
>Julia L. Mohan
>jmohan@ralaw.com
>Roetzel & Andress LPA
>30 N. LaSalle St.
>Suite 2800
>Chicago, IL  60602
>Telephone:  312.580.1200
>*Attorneys for Intervening Plaintiff Youna Mechanical, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2021, she caused a copy of the foregoing **NOTICE OF MOTI**ON to be filed and served via this Court's ECF system on the following parties:

| | |
|---|---|
| Jason Jon DeJonker<br>Demetria Hamilton<br>Melissa Whigham<br>Bryan Cave LLP<br>161 North Clark Street<br>Suite 4300<br>Chicago, IL 60601<br>jason.dejonker@bclplaw.com<br>Demetria.hamilton@bclplaw.com<br>mel.whigham@bclplaw.com<br><br>*Attorney for Rompsen Mortgage Limited Partnership* | James .O Stola<br>Law Office of James O. Stola<br>2633 North Bosworth Avenue<br>Chicago, IL 60614-1107<br>773-969-6570<br>jstola@sbcglobal.net<br><br>*Attorney for BGC Holdings LLC and Samuel K. Bobby*<br><br>Michael J. Greco<br>175 W. Jackson Blvd., Suite 240<br>Chicago, IL 60604<br>MichaelGreco18@yahoo.com<br><br>*Attorney for BGC Holdings LLC – Arlington Place One* |

>By: */s/ Julia L. Mohan*
>     One of its Attorneys
>
>*Attorneys for Intervening Plaintiff, Youna Mechanical, Inc.*

2

13740299 _1